IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LAKESHIA AARON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv374-MHT |
| | ) | (WO) |
| TERESA L. FERRELL a/k/a | ) | |
| Teresa L. Briggs, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of defendant's motion to dismiss or in the alternative for a more definite statement (Doc. 18), it is ORDERED that the motion is denied. The complaint "contain[s] sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 548 (2007)). There is no need for a more definite statement.

DONE, this the 4th day of December, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE