IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LAKESHIA AARON,<br><br>Plaintiff,<br><br>v.<br><br>TERESA L. FERRELL a/k/a<br>TERESA L. BRIGGS,<br><br>Defendant. | Case No. 2:23-cv-00374-MHT |

## **CLERK'S CERTIFICATE OF DEFAULT**

This matter comes before the undersigned Clerk of Court upon Plaintiff LAKESHIA AARON's Second Amended Application to Clerk for Entry of Default, filed on March 6, 2024.

It appears that Defendant TERESA L. FERRELL a/k/a TERESA L. BRIGGS was served with the summons and complaint on July 11, 2023, that on October 13, 2023 Defendant filed a motion to dismiss the current action, that on December 4, 2023 this Court issued an Order denying Defendant's motion, that pursuant to Fed. R. Civ. P. 12(a)(4)(A) Defendant had 14 days from the date of the Order in which to file an answer or responsive pleading, and that Defendant has not filed an answer or responsive pleading. It appears that Defendant is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against Defendant TERESA L. FERRELL a/k/a TERESA L. BRIGGS.

This the _____ day of _____, 2024.

By: _____
Clerk of Court or Deputy Clerk