IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **LAKESHIA AARON** | * |
| Plaintiff, | * |
| v. | *   2:23-cv-374-MHT-CWB |
| **TERESA L. FERRELL** | * |
| Defendant. | * |

## ANSWER & AFFIRMATIVE DEFENSES

**COMES NOW,** Defendant Teresa Ferrell, by and through undersigned counsel and in response to the complaint filed in the above-styled cause, files this answer and affirmative defenses:

### ANSWER

Defendant denies the allegations of the complaint and demands strict proof thereof.

Defendant denies that the Plaintiff is entitled to any relief against her.

### AFFIRMATIVE DEFENSES

Defendant asserts all applicable affirmative defenses set forth in Rule 8(c), *Federal Rules of Civil Procedure*.

Respectfully submitted,

*/s/ Amardo Wesley Pitters*
**Amardo Wesley Pitters, Esquire**
**Attorney for the Defendant**
**Attorney Bar Code: 8998-T64A**

**OF COUNSEL:**

*LAW OFFICES OF A. WESLEY PITTERS, P.C.*
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama 36102-1973**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**

### CERTIFICATE OF SERVICE

      I hereby certify that on this the ___6th___ day of March, 2024, a copy of the foregoing was duly served upon the following:

>*Joseph W. Weeks, Esquire*
>*125 Clairemont Avenue, Suite 450*
>*Decatur, Georgia 30030*

by efile.

                          */s/ Amardo Wesley Pitters*
                          **Amardo Wesley Pitters, Esquire**