IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LAKESHIA AARON | * |
| Plaintiff, | * |
| v. | * 2:23-cv-374-MHT-CWB |
| TERESA L. FERRELL | * |
| Defendant. | * |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND AMENDED APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

**COMES NOW**, Defendant Teresa Ferrell, by and through undersigned counsel and in response to the Plaintiff's Second Amended Application to Clerk for Entry of Default (Doc. 29) filed in the above-styled cause, states as follows:

Defendant has filed her answer to the complaint. (Answer and Affirmative Defenses, Doc. 30).

Defendant submits that the plaintiff's application for default is due to be denied as moot.

Defendant submits that the failure to file her answer was excusable neglect as an oversight. Indeed, the counsel for the parties conducted a Rule 26(f) Planning Meeting and filed their planning report, (Doc 27), pursuant to which the Court entered a Uniform Scheduling Order, (Doc. 28).

Respectfully submitted,

/s/ Amardo Wesley Pitters
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Attorney Bar Code: 8998-T64A



OF COUNSEL:

*LAW OFFICES OF A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the ___7th___ day of March, 2024, a copy of the foregoing was duly served upon the following:

*Joseph W. Weeks, Esquire*
*125 Clairemont Avenue, Suite 450*
*Decatur, Georgia 30030*

by efile./electronic mail

*/s/ Amardo Wesley Pitters*
Amardo Wesley Pitters, Esquire