IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LAKESHIA AARON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv374-MHT |
| | ) | (WO) |
| TERESA L. FERRELL a/k/a | ) | |
| Teresa L. Briggs, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the motion to withdraw (Doc. 37) filed by counsel for defendant Teresa L. Ferrell, and for good cause shown, it is ORDERED that the motion is granted, provided that, on or before July 15, 2024, counsel for defendant Ferrell shall file a notice containing Ferrell's last known address for service and her telephone number.

It is further ORDERED that, upon the filing of the notice, the clerk of the court is DIRECTED to serve a copy of this order on defendant Ferrell at the address provided.

It is further ORDERED that defendant Ferrell has until August 16, 2024, to find new counsel and to have said counsel make an appearance in this matter, or to state in writing to this court her intention to represent herself as a pro se defendant.

DONE, this the 17th day of June, 2024.

/s/ Emily C. Marks
CHIEF UNITED STATES DISTRICT JUDGE
FOR UNITED STATES DISTRICT JUDGE
MYRON H. THOMPSON