IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **LAKESHIA AARON** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 2:23-cv-374-MHT-CWB |
| | * | |
| **TERESA L. FERRELL** | * | |
| | * | |
| Defendant. | * | |

## NOTICE IN COMPLIANCE WITH COURT'S ORDER

Attorney Amardo Wesley Pitters, counsel for the plaintiff, having been granted leave to withdraw and files this notice in compliance with the Court's Order dated June 17, 2024, Document Number 38, in the above-styled cause. The last known address for the defendant and telephone number is as follows:

**Teresa Ferrell**
**3463 LeBron Road**
**Montgomery, Alabama 36111**

**Telephone number:**
**(334) 208-1503**

                                                      Respectfully submitted,

                                                      ***/s/ Amardo Wesley Pitters***
                                                      **Amardo Wesley Pitters, Esquire**
                                                      **Attorney for the Defendant**
                                                      **Attorney Bar Code: 8998-T64A**

**OF COUNSEL:**

*LAW OFFICES OF A. WESLEY PITTERS, P.C.*
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama 36102-1973**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the    14th    day of July, 2024, a copy of the foregoing was duly served upon the following:

>*Joseph W. Weeks, Esquire*
>*125 Clairemont Avenue, Suite 450*
>*Decatur, Georgia 30030*
>
>**Teresa Ferrell**
>**3463 LeBron Road**
>**Montgomery, Alabama 36111**

by efile to opposing counsel and United States Postal Service via Certified Mail Postage to the Plaintiff Teresa Ferrell.

>*/s/ Amardo Wesley Pitters*
>**Amardo Wesley Pitters, Esquire**