IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LAKESHIA AARON,

    Plaintiff,

v.

TERESA L. FERRELL a/k/a
TERESA L. BRIGGS,

    Defendant.

Civil Action
File No.: 2:23-CV-374-MHT

## NOTICE TO TAKE ZOOM DEPOSITION OF TERESA L. FERRELL

To:    TERESA L. FERRELL, Defendant, *Pro Se*
       3463 LeBron Road
       Montgomery, AL 36111
       teresalferrell@yahoo.com

PLEASE TAKE NOTICE that at 1:00 P.M. on Wednesday, August 28, 2024, Plaintiff's attorney Joseph W. Weeks will, pursuant to Rule 30 of the Fed. R. Civ. P., proceed to take the deposition upon oral examination of Teresa L. Ferrell via Zoom Video Conferencing. The Zoom deposition will be conducted before an officer authorized by law to administer oaths, for the purposes of discovery and for any other purpose allowed under the Federal Rules of Civil Procedure.

Respectfully submitted this 15th day of August, 2024.

/s/ Joseph W. Weeks
Joseph W. Weeks
Attorney for Plaintiff
Georgia Bar No. 912341

McNALLY WEEKS
125 Clairemont Ave., Suite 450
Decatur, GA 30030-2560
jweeks@mcnallyweeks.com (email)
404-373-3131 (phone)
404-373-7286 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a true and correct copy of the within and foregoing NOTICE TO TAKE ZOOM DEPOSITION OF TERESA L. FERRELL has been served upon the Defendant via email and First Class Mail at the below mailing address and/or email address:

Teresa L. Ferrell
3463 LeBron Road
Montgomery, AL 36111
teresalferrell@yahoo.com

This 15th day of August, 2024.

/s/ Joseph W. Weeks
Joseph W. Weeks
Attorney for Plaintiff
Georgia Bar No. 912341

McNALLY WEEKS
125 Clairemont Ave., Suite 450
Decatur, GA 30030-2560
jweeks@mcnallyweeks.com (email)
404-373-3131 (phone)
404-373-7286 (facsimile)