# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **LAKESHIA AARON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-374-MHT-CWB |
| | ) | |
| **TERESA L. FERRELL,** | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date (Doc. 69), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

- pursuant to 15 U.S.C. § 6851(b)(3)(A)(i), Lakeshia Aaron is awarded the sum of $150,000.00 in liquidated damages against Teresa L. Ferrell;

- pursuant to 15 U.S.C. § 6851(b)(3)(A)(ii), Lakeshia Aaron is awarded a permanent injunction against Teresa L. Ferrell to cease display or disclosure of the visual depiction reflected in Plaintiff's Exhibits 2 & 3; and

- pursuant to 15 U.S.C. § 6851(b)(3)(A)(i), Lakeshia Aaron is awarded the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred.

The clerk of court is **DIRECTED** to enter this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. A formal request for attorney's fees and costs must be submitted in accordance with Rule 54 of the Federal Rules of Civil Procedure.

**DONE** this the 21st day of July 2025.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**